Benedict P. Morelli
**MORELLI RATNER PC**
950 Third Avenue
New York, NY 10022
Tel: (212) 751-9800

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

=========================================X

**REGINALD RICHARD,**

                Plaintiff,

        -against-

**PFIZER INC.,**

                Defendant.

=========================================X

Docket No.: 06-5676

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed by the undersigned counsel that all Bextra claims of Plaintiff, Reginald Richard, against Defendant, Pfizer, Inc. and all other named defendants be voluntarily discontinued in their entirety with prejudice, each party to bear its own costs.

_[signature]_

Benedict P. Morelli
**Morelli Ratner PC**

Dated: 6/9/09

*[signature]*

DLA Piper

Dated: July 17, 2009

PERSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ODERED

*[signature]*

The Hon. Charles R. Breyer          JUL 2 3 2009
United States District Court, Northern District of California